June 13, 2012


Hon. Rudolph T. Randa
US District Court
517 E. Wisconsin Ave., #362
Milwaukee, WI 53202-4511

    RE:    United States of America v. Walter Stern
                 Case No. 11CR301

Dear Judge Randa:

      Over the last two or three days you have received a series of memorandums relating to the aforementioned case. I am confident we will be hearing from the Court and if a hearing is necessary, I would ask leave of the Court to appear by phone as my son Jerry recently had a baby boy and the Christening is set for this coming Saturday and my entire family is leaving for Florida tomorrow at 8am. I mentioned this to AUSA Gordon Giampietro and he indicated that he thought the Court might allow me to appear by phone. If it would be necessary that a lawyer be present I most assuredly will make sure there is one available. If there is not going to be a hearing, then of course I need not concern myself with that.

      Thank you for your time and consideration.

Sincerely,

**BOYLE, BOYLE & BOYLE, S.C.**



Gerald P. Boyle
Attorney at Law

Cc:    Gordon Giampietro