# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        Plaintiff,

  v.                                                Case No. 11-CR-301

**WALTER STERN**
        Defendant.

## ORDER

**IT IS ORDERED** that defendant's unopposed motion to continue the trial (R. 151) is **GRANTED**. The **FINAL PRE-TRIAL** set for January 23, 2015, is adjourned to **Friday, May 1, 2015, at 10:30 a.m.**, and the **TRIAL** scheduled for February 2, 2015, is adjourned to **Monday, May 11, 2015, at 10:30 a.m.** For the reasons stated in the motion, the court finds that the ends of justice served by so continuing the case outweigh the best interests of the defendant and the public in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A) & (7)(B)(iv).

**IT IS FURTHER ORDERED** that any additional motions in limine be filed on or before **April 20, 2015**, and any responses be filed on or before **April 27, 2015**.

Dated at Milwaukee, Wisconsin, this 12th day of January, 2015.

                                          /s Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge